After Recording Mail to:
Meridian Mortgage Group, LLC
48 Free Street, Floor One
Portland, ME 04101
(Cumberland Title Company)

## ASSIGNMENT OF MORTGAGE

KNOWN BY THESE PRESENTS, that MERIDIAN MORTGAGE GROUP, LLC., its successors and assigns, a corporation with a principal place of business at 48 Free Street, Portland, ME 04101, mortgagee and owner of the mortgage described herein and recorded in the Cumberland county registry of deeds for valuable consideration paid by **Mortgage Electronic Registration Systems, Inc.**, its successors and assigns, P.O. Box 2026, Flint, Michigan 48501-2026, receipt is hereby acknowledged, does hereby sell, assign, transfer and set over the said mortgage described hereinafter, the notes, debts, and claims thereby secured respectively, and all its rights, title, and interest by virtue of said mortgage in and to the real estate therein respectively described, with full power to collect and discharge the same or to dispose the same in the name of the assignor herein.

### ASSIGNED MORTGAGE:

| | |
|---|---|
| Name of Mortgagor(s): | **BRETT CANNEY** |
| Date of Mortgage: | 01/19/2007 |
| Face Amount of Mortgage: | $171,000.00 |
| Book: 24784 | Page: 342 |
| Property Address: | 84 COUNTY ROAD |
| | Scarborough, ME 04074 |

TO HAVE AND TO HOLD the same unto **Mortgage Electronic Registration Systems, Inc.**, its successors and assigns, for their own use and behalf forever.

IN WITNESS WHEREOF, said **MERIDIAN MORTGAGE GROUP, LLC.** has caused this instrument to be signed in it's corporate name and sealed with its corporate seal by Robert Orlandi, hereunto duly authorized on 01/19/2007.

WITNESS:

BY: _____

Meridian Mortgage Group, LLC

_____
Robert Orlandi, President

STATE / COMMONWEALTH OF: MAINE      DATE: 01/19/2007
COUNTY OF CUMBERLAND, SS

The undersigned Officer, Robert Orlandi, personally appeared before me, who acknowledged themselves to be President of Meridian Mortgage Group, LLC., that as such Officer, being authorized to do so, executed the foregoing instrument for the purpose therein contained, by signing the name of the corporation.

_____
Notary Public
My Commission Expires On: _____

ERIN M. McNALLY
Notary Public, Maine
My Commission Expires October 2, 2010

EXHIBIT D